UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                              §
                                    §
PERICA BASARA                       §    Case No. 18-00057
                                    §
                                    §
_____Debtor_____    §_____

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/20/2018 in Courtroom §19
Clerk of the Bankruptcy Court
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/03/2018             By: /s/ Karen R. Goodman
                                                Trustee


*KAREN R. GOODMAN*
*111 East Wacker Drive*
*Suite 2800*
*Chicago, IL 60601*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
PERICA BASARA § Case No. 18-00057
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 35,772.63 |
| and approved disbursements of | $ | 186.71 |
| leaving a balance on hand of[1] | $ | 35,585.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | $ 22,439.00 | $ 22,439.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 35,585.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 4,327.26 | $ 0.00 | $ 4,327.26 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 3,022.00 | $ 0.00 | $ 3,022.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,487.00 | $ 0.00 | $ 1,487.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 23.20 | $ 0.00 | $ 23.20 |

Total to be paid for chapter 7 administrative expenses $ 8,859.46

Remaining Balance $ 26,726.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 73,838.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | $ 73,838.08 | $ 0.00 | $ 26,726.46 |

Total to be paid to priority creditors $ 26,726.46

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 407,996.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PREMIER TRAILER LEASING 1 | $ 127,513.88 | $ 0.00 | $ 0.00 |
| 2 | TBF FINANCIAL LLC | $ 10,930.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 3,447.08 | $ 0.00 | $ 0.00 |
| 5U | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 256,886.87 | $ 0.00 | $ 0.00 |
| 6 | BMW FINANCIAL SERVICES NA, LLC | $ 9,218.51 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Karen R. Goodman
Trustee

*KAREN R. GOODMAN*
*111 East Wacker Drive*
*Suite 2800*

*Chicago, IL 60601*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| PERICA BASARA, | ) CASE NO:   18-00057 |
| | ) |
| DEBTOR. | ) HONORABLE DONALD R. CASSLING |
| | ) U.S. BANKRUPTCY JUDGE |
| | ) |

## CERTIFICATE OF SERVICE

I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors that hold claims for which proof of claims have been filed (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on October 4, 2018.

/s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 527-4000
Fax: (312) 966-8480

23666473.1

## SERVICE LIST

United States Trustee
219 South Dearborn, Suite 873
Chicago, Illinois 60606

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

William Murakowski
Law Office of William M. Murakowski, P.C
15 North Northwest Highway
Park Ridge, IL 60068

Premier Trailer Leasing 1
1001 N. Independence Blvd.
Romcoville, IL 60446

TBF Financial LLC
740 Waukegan Rd., 404
Deerfield, IL 60015

BMW Financial Services NA, LLC
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Avenue. Dept. APS
Oklahoma City, OK 73118

Perica Basara
911 Busse Highway
Apt. # 303
Park Ridge, IL 60068