**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PERICA BASARA | § | Case No. 18-00057 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 306,937.00<br>*(Without deducting any secured claims)* | Assets Exempt: 20,800.00 |
| Total Distributions to Claimants: 26,726.46 | Claims Discharged<br>Without Payment: 1,380,693.53 |
| Total Expenses of Administration: 9,046.17 | |

3) Total gross receipts of $ 35,772.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 35,772.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 477,966.00 | $ 22,439.00 | $ 22,439.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,046.17 | 9,046.17 | 9,046.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 313,541.00 | 73,838.08 | 73,838.08 | 26,726.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,078.00 | 407,996.91 | 407,996.91 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 925,585.00 | $ 513,320.16 | $ 513,320.16 | $ 35,772.63 |

4)  This case was originally filed under chapter 7 on 01/03/2018 . The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/05/2019                 By:/s/KAREN R. GOODMAN
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8284 W. Argyle, Norridge, IL 60706 | 1110-000 | 18,000.00 |
| TD Ameritrade | 1129-000 | 17,772.63 |
| **TOTAL GROSS RECEIPTS** | | **$** 35,772.63 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | | 8,861.00 | NA | NA | 0.00 |
| | Fifth Third Bank | | 175,742.00 | NA | NA | 0.00 |
| | PHH Mortgage Services | | 279,987.00 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services | | 13,376.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 4300-000 | NA | 22,439.00 | 22,439.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 477,966.00 | $ 22,439.00 | $ 22,439.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 4,327.26 | 4,327.26 | 4,327.26 |
| Associated Bank | 2600-000 | NA | 186.71 | 186.71 | 186.71 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 3,022.00 | 3,022.00 | 3,022.00 |
| ALAN D. LASKO | 3410-000 | NA | 1,487.00 | 1,487.00 | 1,487.00 |
| ALAN D. LASKO | 3420-000 | NA | 23.20 | 23.20 | 23.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 9,046.17 | $ 9,046.17 | $ 9,046.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | 313,541.00 | NA | NA | 0.00 |
| 5P | Internal Revenue Service | 5800-000 | NA | 73,838.08 | 73,838.08 | 26,726.46 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 313,541.00 | $ 73,838.08 | $ 73,838.08 | $ 26,726.46 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | | 0.00 | NA | NA | 0.00 |
| | Aspire | | 0.00 | NA | NA | 0.00 |
| | Best Buy/CBNA | | 4,522.00 | NA | NA | 0.00 |
| | Capital One | | 1,424.00 | NA | NA | 0.00 |
| | Capital One Bank | | 546.00 | NA | NA | 0.00 |
| | CBNA | | 0.00 | NA | NA | 0.00 |
| | Chrysler Capital | | 12,557.00 | NA | NA | 0.00 |
| | DSNB Macy's | | 1,319.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GM Financial | | 0.00 | NA | NA | 0.00 |
| | Jared Galleria of Jewelers | | 3,148.00 | NA | NA | 0.00 |
| | Premier Trailer Leasing 1 | | 50,000.00 | NA | NA | 0.00 |
| | Santander | | 0.00 | NA | NA | 0.00 |
| | Scott Madura c/o Bernicky Law Firm | | 50,000.00 | NA | NA | 0.00 |
| | TBF Financial | | 10,562.00 | NA | NA | 0.00 |
| 6 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | NA | 9,218.51 | 9,218.51 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,447.08 | 3,447.08 | 0.00 |
| 5U | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 7100-000 | NA | 256,886.87 | 256,886.87 | 0.00 |
| 1 | PREMIER TRAILER LEASING 1 | 7100-000 | NA | 127,513.88 | 127,513.88 | 0.00 |
| 2 | TBF FINANCIAL LLC | 7100-000 | NA | 10,930.57 | 10,930.57 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 134,078.00 | $ 407,996.91 | $ 407,996.91 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 18-00057 DRC Judge: Donald R Cassling | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | PERICA BASARA | Date Filed (f) or Converted (c): | 01/03/2018 (f) |
| | | 341(a) Meeting Date: | 02/06/2018 |
| For Period Ending: | 02/05/2019 | Claims Bar Date: | 05/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8284 W. Argyle, Norridge, IL 60706 | 120,000.00 | 64,258.00 | | 18,000.00 | FA |
| 2. 911 Busse Highway, Apt. #303, Park Ridge, IL 60068 | 311,000.00 | 16,013.00 | | 0.00 | FA |
| 3. 2012 Chevy Silverado | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. 2015 VW Jetta | 10,000.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| 6. Electronics | 450.00 | 0.00 | | 0.00 | FA |
| 7. FIREARMS | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND | 200.00 | 200.00 | | 0.00 | FA |
| 10. Chase business account | 137.00 | 137.00 | | 0.00 | FA |
| 11. TD Ameritrade | 19,202.00 | 19,202.00 | | 17,772.63 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $466,939.00 | $99,810.00 | | $35,772.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/18: File TDR

9/30/18: Submit TFR

3/31/18: Review claims, file tax returns, file TFR.

Initial Projected Date of Final Report (TFR): 06/30/2018 Current Projected Date of Final Report (TFR): 09/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-00057
Case Name: PERICA BASARA

Taxpayer ID No: XX-XXX4546
For Period Ending: 02/05/2019

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3391
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/18 | 1 | Jovanka Lakic | Sale of Debtor interest in Norridge property | 1110-000 | $18,000.00 | | $18,000.00 |
| 03/22/18 | 11 | TD Ameritrade Clearing | Turnover of TD Ameritrade Account proceeds | 1129-000 | $17,772.63 | | $35,772.63 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.96 | $35,741.67 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.42 | $35,690.25 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.06 | $35,637.19 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.27 | $35,585.92 |
| 11/20/18 | 101 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister, LLP | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2100-000 | | $4,327.26 | $31,258.66 |
| 11/20/18 | 102 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 3110-000 | | $3,022.00 | $28,236.66 |
| 11/20/18 | 103 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 3410-000 | | $1,487.00 | $26,749.66 |
| 11/20/18 | 104 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 3420-000 | | $23.20 | $26,726.46 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $35,772.63 | $9,046.17 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-00057
Case Name: PERICA BASARA

Taxpayer ID No: XX-XXX4546
For Period Ending: 02/05/2019

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3391
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/18 | 105 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Final distribution to claim 5 creditor account # debtor SS#<debtor ssn masked> representing a payment of 36.20 % per court order. | 5800-000 | | $26,726.46 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $35,772.63 | $35,772.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,772.63 | $35,772.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,772.63 | $35,772.63 |

| Page Subtotals: | $0.00 | $26,726.46 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-00057
Case Name: PERICA BASARA
Taxpayer ID No: XX-XXX4546
For Period Ending: 02/05/2019

Trustee Name: KAREN R. GOODMAN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0073
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0073 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX3391 - Checking | $35,772.63 | $35,772.63 | $0.00 |
| | $35,772.63 | $35,772.63 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,772.63 |
| Total Gross Receipts: | $35,772.63 |

Page Subtotals: $0.00 $0.00